## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| AMERICAN FIRE AND CASUALITY COMPANY, ET AL.,<br><br>PLAINTIFFS<br><br>v.<br><br>WARREN PETTEGROW, ET AL.,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)    CIVIL NO. 1:20-CV-250-DBH<br>)<br>)<br>)<br>)<br>) |

## ORDER ON PLAINTIFFS' PARTIAL MOTION TO DISMISS

The plaintiffs' partial motion to dismiss certain counterclaims is **DENIED**.

These arguments must await summary judgment or trial.

**SO ORDERED.**

**DATED THIS 14TH DAY OF DECEMBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**